## **RIDER**

| **Plaintiffs** | **Defendants** |
| --- | --- |
| Ievgeniia P. Vatrenko,Esq.<br>2 Northside Piers<br>Brooklyn, NY 11249 | Joseph Conklin<br>128 Timberpoint Rd<br>East Islip, NY 11730 |
| | Thomas Sharkey<br>6 Phoebe Rd<br>Ronkonkoma, NY 11779 |
| | Hunter Cole<br>336 Great River Rd<br>Great River, NY 11739 |
| | Cory Amarosa<br>3 Humming Ln<br>Coram, NY 11727 |
| | Daniel Amarosa<br>3 Humming Ln<br>Coram, NY 11727 |