AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| GAME SEVEN EVERYDAY INC. D/B/A CONSTANTLY CREATE SHOP, JOSEPH ANGEROSA, and DENNIS KINSLOW, *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) ) ) ) ) ) ) | Civil Action No. 22-CV-3394 |
| JOSEPH CONKLIN, THOMAS SHARKEY, HUNTER COLE, CORY AMAROSA, and DANIEL AMAROSA, *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joseph Conklin
128 Timberpoint Rd
East Islip, NY 11730

(See attached Rider)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ievgeniia P. Vatrenko, Esq.
2 Northside Piers Ste 19F
Brooklyn, NY 11249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 06/22/2022

*Roseann Guzzi*
*Signature of Clerk or Deputy Clerk*



## RIDER

**Plaintiffs**

Ievgeniia P. Vatrenko, Esq.
2 Northside Piers Ste 19F
Brooklyn, NY 11249

**Defendants**

Joseph Conklin
128 Timberpoint Rd
East Islip, NY 11730

Thomas Sharkey
6 Phoebe Rd
Ronkonkoma, NY 11779

Hunter Cole
336 Great River Rd
Great River, NY 11739

Cory Amarosa
3 Humming Ln
Coram, NY 11727

Daniel Amarosa
3 Humming Ln
Coram, NY 11727