Civil Action No.    **22-CV-3394**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Hunter Cole**
was recieved by me on **6/30/2022:**

☒ I personally served the summons on the individual at **336 Great River Road, Great River, NY 11739** on **06/30/2022**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 65.00** for services, for a total of **$ 65.00**.

I declare under penalty of perjury that this information is true.

Date:  07/01/2022

*Server's signature*

**James DeLuca**
*Printed name and title*

**308 Aster Road
West Islip, NY 11795**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Hunter Cole with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 25-35 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**



Tracking #: **0089110328**

