```
UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
GAME SEVEN EVERYDAT INC. D/B/A            )
CONSTANTLY CREATE SHOP, JOSEPH            )
ANGEROSA and DENNIS KINSLOW,              )
                                          )  Civ. No. 22-CV-3394
                Plaintiffs,               )
                                          )
        v.                                )
                                          )
JOSEPH CONKLIN, THOMAS SHARKEY,           )
HUNTER COLE, CORY AMAROSA, and            )
DANIEL AMAROSA,                           )
                                          )
                Defendants.               )
------------------------------------------------------------------------
```

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record, I am admitted to practice law in this court, and I appear in this case as counsel for Defendants Thomas Sharkey and Hunter Cole.


Date: July 15, 2022                  *Katherine J. Daniels*

                                     _____
                                     Katherine J. Daniels (KD0343)
                                     KATHERINE DANIELS LLC
                                     768 Peach Lake Road
                                     North Salem, NY 10560
                                     kdaniels@katheirnedanielsllc.com
                                     914-886-8198


cc: Counsel of Record via ECF