IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAME SEVEN EVERYDAY INC. D/B/A CONSTANTLY CREATE SHOP, JOSEPH ANGEROSA, and DENNIS KINSLOW,<br><br>      Plaintiffs,<br>  v.<br><br>JOSEPH CONKLIN, THOMAS SHARKEY, HUNTER COLE, CORY AMAROSA, and DANIEL AMAROSA,<br><br>      Defendants. | Civ. No. 22-CV-3394<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

  **WHEREAS**, no defendant has filed an answer or a motion for summary judgment in this action; and

  **WHEREAS**, no cross-claim or counter-claim has been filed in this action.

  **NOW, THEREFORE**, Plaintiffs hereby dismiss this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


Dated: July 20, 2022
  Brooklyn, New York

By: _____
Ievgeniia P. Vatrenko, Esq.
2 Northside Piers
Brooklyn, New York 11249
Tel.: (718) 451-6384
*Attorney for Plaintiffs*